AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC. and TOMMY BAHAMA GLOBAL SOURCING LIMITED,<br><br>*Plaintiff(s)*<br>v.<br>TREBBIANNO, LLC, D/B/A SHOWROOM 35,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 19cv7933 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trebbianno, LLC, d/b/a Showroom 35
19 West 34th Street, 7th Floor
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Potter, Esq.
Kilpatrick Townsend & Stockton LLP
1114 Avenue of the Americas
New York, NY 10036-7700
Telephone: (212) 775-8800
rpotter@kilpatricktownsend.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  August 26, 2019                                     /S/  S. James
                                                                                            *Signature of Clerk or Deputy Clerk*